**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BENSALEM TOWNSHIP, JOHN M. CHAYKOWSKI, ADMINISTRATOR WILLIAM CMOREY, TRUSTEE, | : | No. 145 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondents | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SAMUEL KARLEY, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.